## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ELECTRONIC MERCHANT SYSTEMS, LLC | ) | Case No.: 1:26-cv-00324 |
|     Plaintiff | ) | |
| | ) | JUDGE BRIDGET MEEHAN |
| v. | ) | BRENNAN |
| | ) | |
| EXCLUSIVE WIRELESS LLC, *et al*. | ) | **NOTICE OF APPEARANCE OF** |
| | ) | **ADDITIONAL COUNSEL** |
|     Defendants. | ) | |
| | ) | |

PLEASE TAKE NOTICE that Jo A. Tatarko of the law firm of Perez & Morris, LLC, 1300 East Ninth Street, Suite 1600, Cleveland, Ohio 44114, hereby enters her appearance as Counsel for Plaintiff Electronic Merchant Systems LLC along with Egon P. Singerman and Pablo A. Castro, Law Office of Egon P. Singerman. The Clerk of Courts is requested to make the appropriate entries in the record and on the assignment and notice schedules.

Respectfully submitted,

*/s/ Jo A. Tatarko*

Jo A. Tatarko (0082062)
PEREZ & MORRIS LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone:    216-621-5161
Facsimile:    216-621-2399
Email:        jtatarko@perez-morris.com

Egon P. Singerman (0040458)
Pablo A. Castro, III (0074699)
Law Office of Egon P. Singerman
30625 Solon Road, Ste. C.
Cleveland, OH  44139
Telephone: 216-360-9300
Facsimile:  216-360-9712
Email:        esingerman@esingerman.com
                pcastro@esingerman.com

*Counsel for Plaintiff Electronic Merchant Systems LLC*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March 2026, a copy of the *Notice of Appearance*

*of Additional Counsel*, was filed the Court's electronic filing system upon the following parties:

Alexander J. Durst
Paul R. Kerridge
DURST KERRIDGE LLC
600 Vine Street, Ste. 1920
Cincinnati, OH 45202
alex@durst.law
paul@durst.law
*Counsel for Defendants Exclusive Wireless*
*LLC and Christopher John Gouldthorpe*

/s/ Jo A. Tatarko
Jo A. Tatarko (0082062)
PEREZ & MORRIS LLC
*Counsel for Plaintiff Electronic Merchant Systems*
*LLC*

2