**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **ELECTRONIC MERCHANT** | : | |
| **SYSTEMS LLC d/b/a** | : | Case No.: 1:26-CV-00324 |
| **ELECTRONIC MERCHANT** | : | |
| **SYSTEMS,** | : | Judge: Bridget Meehan Brennan |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **EXCLUSIVE WIRELESS LLC** | : | |
| **d/b/a USAVPN.BIZ, et al.,** | : | |
| | : | |
| Defendants. | : | |

---

**ANSWER AND AFFIRMATIVE AND OTHER DEFENSES OF DEFENDANTS**
**EXCLUSIVE WIRELESS LLC D/B/A USAVPN.BIZ**
**AND CHRISTOPHER GOULDTHORPE**

Defendants Exclusive Wireless LLC d/b/a USA.VPN.BIZ and Christopher Gouldthorpe

("Defendants") hereby state as follows for their answer and affirmative and other defenses to the

Complaint of Plaintiff Electronic Merchant Systems LLC d/b/a Electronic Merchant Systems

("Plaintiff").

**ANSWER**

1.      Defendants deny the allegations set forth in paragraph 1 for lack of knowledge.

2.      Defendants admit the allegations contained in paragraph 2.

3.      Defendants submit that the Merchant Application and Merchant Agreement

attached to Plaintiff's Complaint as Exhibit A (and collectively referred to by Plaintiff as the

"Agreement") speak for themselves, and accordingly, deny the allegations set forth in paragraph 3

to the extent that those allegations misquote, mischaracterize, omit relevant context from, or

otherwise fail to accurately depict said documents. Defendants otherwise deny the allegations set forth in paragraph 3.

4. Defendants submit that the Merchant Application and Merchant Agreement attached to Plaintiff's Complaint as Exhibit A (and collectively referred to by Plaintiff as the "Agreement") speak for themselves, and accordingly, deny the allegations set forth in paragraph 4 to the extent that those allegations misquote, mischaracterize, omit relevant context from, or otherwise fail to accurately depict said documents. Defendants otherwise deny the allegations set forth in paragraph 4.

5. Defendants submit that the Merchant Application and Merchant Agreement attached to Plaintiff's Complaint as Exhibit A (and collectively referred to by Plaintiff as the "Agreement") speak for themselves, and accordingly, deny the allegations set forth in paragraph 5 to the extent that those allegations misquote, mischaracterize, omit relevant context from, or otherwise fail to accurately depict said documents. Defendants otherwise deny the allegations set forth in paragraph 5.

6. Defendants submit that the Merchant Application and Merchant Agreement attached to Plaintiff's Complaint as Exhibit A (and collectively referred to by Plaintiff as the "Agreement") speak for themselves, and accordingly, deny the allegations set forth in paragraph 6 to the extent that those allegations misquote, mischaracterize, omit relevant context from, or otherwise fail to accurately depict said documents. Defendants otherwise deny the allegations set forth in paragraph 6.

7. Defendants submit that the Merchant Application and Merchant Agreement attached to Plaintiff's Complaint as Exhibit A (and collectively referred to by Plaintiff as the "Agreement") speak for themselves, and accordingly, deny the allegations set forth in paragraph 7

to the extent that those allegations misquote, mischaracterize, omit relevant context from, or otherwise fail to accurately depict said documents. Defendants otherwise deny the allegations set forth in paragraph 7.

8.     Paragraph 8 is an "incorporation paragraph" to which no response is required. Defendants incorporate their answers to all preceding paragraphs of Plaintiff's Complaint.

9.     Defendants deny the allegations contained in paragraph 9.

10.    Defendants deny the allegations set forth in paragraph 10 for lack of knowledge.

11.    Defendants deny the allegations contained in paragraph 11.

12.    Defendants deny the allegations contained in paragraph 12.

## AFFIRMATIVE AND OTHER DEFENSES

Subject to discovery and without shifting the burden of proof on any issue for which Plaintiff bears the burden of proof, Defendants assert the following defenses:

1.     Plaintiff fails to state a claim against Defendants upon which relief can be granted.

2.     Plaintiff's claims against Defendants are barred under the doctrines of estoppel, waiver, laches, and unclean hands.

3.     Some or all of Plaintiff's claims against Defendants may be barred by the applicable statute of limitations.

4.     Plaintiff may have failed to mitigate any alleged damages.

5.     The relief requested in Plaintiff's Complaint should be denied in whole or in part, and Plaintiff's Complaint should be dismissed with prejudice, to the extent that Plaintiff's claim is barred by the doctrines of setoff and/or recoupment.

6.     Plaintiff did not suffer damages as a result of the conduct alleged in Plaintiff's Complaint.

3

7. Plaintiff did not perform or substantially perform Plaintiff's own obligations under the contract at issue, barring any recovery by Plaintiff against Defendants.

8. Any breach of contract by Defendants was not a material breach.

9. The contract at issue is void as against public policy.

10. Defendants were excused from having to perform their obligations under the contract because a condition precedent that was required to occur first never occurred.

WHEREFORE, the Court should dismiss Plaintiff's claim against Defendants with Plaintiff to take nothing therefrom, award judgment in favor of Defendants, enter an award of attorney fees and costs to Defendants, and award any other relief deemed appropriate under applicable law.

Respectfully submitted,

**_/s/Alex J. Durst_**

| | |
|---|---|
| Alexander J. Durst | 0089819 |
| Paul R. Kerridge | 0092701 |

Durst Kerridge LLC
600 Vine St., Suite 1920
Cincinnati, OH 45202
Phone: (513) 621-4999
Fax: (513) 621-0200
Email: alex@durst.law
        paul@durst.law

*Trial Attorneys for Defendants*

4