**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ELECTRONIC MERCHANT** | : | |
| **SYSTEMS LLC d/b/a** | : | Case No.: 1:26-CV-00324 |
| **ELECTRONIC MERCHANT** | : | |
| **SYSTEMS,** | : | Judge: Bridget Meehan Brennan |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **EXCLUSIVE WIRELESS LLC** | : | |
| **d/b/a USAVPN.BIZ, et al.,** | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff Electronic Merchant Systems LLC d/b/a Electronic Merchant Systems ("EMS") filed a Complaint in state court on Jan 7, 2026. (Doc #:1-1.) Defendants Exclusive Wireless LLC d/b/a USAVPN.BIZ ("Exclusive Wireless") and Christopher Gouldthorpe ("Mr. Gouldthorpe") (collectively, "Defendants") removed the case. (Doc #:1.) Defendants then filed a timely Motion to Dismiss that EMS opposed. (Docs ## 5 and 7.) Defendants' Reply Brief is due to be filed on April 1, 2026 (*See* Doc #: 4, PageID: 27.) Meanwhile, EMS filed a Motion for Leave to File an Amended Complaint. (Doc #: 9.)

Defendants do not oppose Plaintiff's Motion for Leave to File an Amended Complaint. Upon the filing of said Amended Complaint, Defendants will respond within the timeline set forth in the civil rules. Fed. R Civ. P. 15(a)(3). It bears noting, the filing of an Amended Complaint renders appending Motion to Dismiss moot. *See, e.g.*, *Billings v. Corecivic, Inc.*, N.D.Ohio No.

4:25-cv-714, 2025 U.S. Dist. LEXIS 193368, at *5 (Sep. 30, 2025). Accordingly, Defendants will

not file a Reply in Support of the soon-to-be-moot Motion to Dismiss.

Respectfully submitted,

*/s/ Alexander J. Durst*

Alexander J. Durst     0089819
Paul R. Kerridge           0092701
DURST KERRIDGE LLC
600 Vine St., Suite 1920
Cincinnati, OH 45202
Phone: (513) 621-4999
Fax: (513) 621-0200
Email: alex@durst.law
         paul@durst.law

*Trial Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

This case has not yet been assigned to any track. The page limit applicable to this memorandum has not been modified by court order. This memorandum complies with the page limit specified in LR 7.1(f).

*/s/ Alexander J. Durst*

Alexander J. Durst     0089819